NO. 07-02-0478-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

JANUARY 2, 2003

_____

CONSECO FINANCE SERVICING CORP. F/K/A
GREEN TREE FINANCIAL SERVICING CORPORATION, APPELLANT

V.

ELIPIDIO CABRERA, HERIBERTHA CABRERA AND
ALL UNKNOWN OCCUPANT(S), APPELLEES

_____

FROM THE 287TH DISTRICT COURT OF BAILEY COUNTY;

NO. 7736; HONORABLE GORDON H. GREEN, JUDGE

_____

Before REAVIS and JOHNSON, JJ, and BOYD, S.J.[1]

ORDER OF ABATEMENT

On December 27, 2002, appellant Conseco Finance Servicing Corp., filed a

Suggestion of Bankruptcy in this appeal.

_____

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by
assignment.

Pursuant to TEX. R. APP. P. 8, this appeal is suspended until further order of this court. The parties are directed to take such action as is appropriate to advise the clerk of this court of any change in the status of appellant Conseco Finance Servicing Corp.'s bankruptcy proceeding which would affect the status of this appeal, including but not limited to the filing of a Motion to Reinstate pursuant to TEX. R. APP. P. 8.3.

Per Curiam

Do not publish.